# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSAN HESTER-CARRILLO,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 23-cv-2134 |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** *et al.*, : | |
| Defendants. : | |

## O R D E R

AND NOW, this 21st day of December, 2023, upon consideration of Plaintiff Susan Hester-Carrillo's Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**